RECEIVED

MAR 2 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| ANDREA HUDSON | CASE NO. CV06-1154 |
|---|---|
| VERSUS | JUDGE RICHARD T. HAIK |
| FRED'S INC ET AL | MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULING

On January 23, 2007, Defendants Healthcomp Inc and Freds Incorporated Comprehensive Health Benefit Plan filed a Motion for Summary Judgment [Doc. 31]. After considering the memoranda submitted by the parties, and the oral arguments before the Court on March 15, 2007, the Court hereby DENIES the Motion.

The Court also hereby ORDERS Plaintiff, Andrea Hudson, to submit within 20 days, any and all materials pertaining to her claim to the administrator of her claim for medical benefits. The Court ORDERS that a thorough and complete hearing may be heard of Plaintiff's claim for benefits.

THUS DONE AND SIGNED on the 22nd day of March, 2007.

COPY SENT:
DATE: 3/23/07
BY: CW
TO: RTH
     gb

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT